ARTHUR ALLEN et al., Appellants, *v.* THE TRUSTEES OF THE GREAT NECK FREE CHURCH et al., Respondents, Impleaded with Another.

(Argued October 9, 1934; decided October 23, 1934.)

*Roy F. Wrigley, Joseph B. Cotton, Samuel Brenner* and *I. Joel Komarow* for appellants.

*Henry M. Bellinger* and *Glenn C. Beechler* for Great Neck Society for Social and Educational Advancement, Inc., respondent.

*F. A. Zunino, Jr.*, for The Trustees of the Great Neck Free Church, respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not voting: LEHMAN, J.